1
2
3
4
5
6
7
8
9
10
11
12
13
14

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>ERNESTO CHAVEZ<br><br>   Defendant. | 5:24-MJ-00518<br><br>ORDER OF DETENTION AFTER<br>HEARING ( Fed.R.Crim.P. 32.1(a)(6)<br>Allegations of Violations of Probation<br>Supervised Release)<br>Conditions of Release) |

   On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

   The court finds no condition or combination of conditions that will reasonably assure:

   (A)  (✓)  the appearance of defendant as required; and/or

   (B)  ( )  the safety of any person or the community.

//
//

The court concludes:

A. ( )  Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_____
_____
_____
_____

(B) (✓)  Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

- Allegation of Absconding
- Strong ties to Mexico/Supervision There

_____
_____

IT IS ORDERED that defendant be detained.

DATED: 12/12/24

*(signature)*
DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE